IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEE M. TAYLOR, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>STATE OF ALABAMA, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:07cv562-MHT |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 6) is granted.

DONE, this the 10th day of July, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE