IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Lee M. Taylor ,  )
　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　) CASE NO. 2:07-cv-562-MHT
　　　　　　　　　　　　　　　　)
State of Alabama, et al. ,  )
　　　　　　　　　　　　　　　　)
　　　Defendants,　　　　　　　　)

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Lee M. Taylor, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

7/16/2007
Date

/s/ Russell W. Adams
(Signature)

Russell W. Adams
(Counsel's Name)

Lee M. Taylor
Counsel for (print names of all parties)

Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Address, City, State Zip Code
205-314-0500
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Russell W. Adams, Counsel for Plaintiff_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __notification via the CM/ECF system__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __16th___ day of __July_____ 20_07_, to:

Warren B. Lightfoot, Jr., Esq., John B. Holmes, III, Esq. , Abigail H. Avery, Esq., Maynard Cooper & Gayle, PC,

1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, AL 35203

Sharon F. Ficquette, Esq., Legal Office, P.O. Box 304000, Montgomery, AL 36130

Alice Ann Byrne, Esq., Folsom Administrative Building, 64 N. Union St., Ste. 316, Montgomery, AL 36130

M. Jefferson Starling, III, Esq., Aaron L. Dettling, Esq., Balch & Bingham, 1710 Sixth Avenue North,

Birmingham, AL 35203

7/16/2007
Date

/s/ Russell W. Adams
Signature