IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEE M. TAYLOR,             )<br>                             )<br>    *Plaintiff*,              )<br>                             )<br>v.                           )<br>                             )<br>STATE OF ALABAMA, *et al.*,  )<br>                             )<br>    *Defendants*.            ) | CIVIL ACTION NO.:<br>07 cv 562-MHT |

_____

## AMENDED
## CONFLICT DISCLOSURE STATEMENT

Defendants State Personnel Department and Jackie Graham, in her official capacity as Director of State Personnel Department, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant State Personnel Department is a governmental entity; and

2. Defendant Jackie Graham is an individual.

Respectfully submitted, this 8th day of August, 2007.

                                                          /s/ Alice Ann Byrne
                                                        ALICE ANN BYRNE, ESQ. (BYR 015)
                                                        Attorney for Defendants
                                                          State Personnel Department and
                                                          Jackie Graham, Director of State
                                                          Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
 Russell W. Adams, Esq.
 Rocco Calamusa, Jr., Esq.
 WIGGINS CHILDS QUINN & PANTAZIS, P.C.
 The Kress Building
 301 19th Street North
 Birmingham, AL  35203-3204

For Defendants Department of Public Health
and Dr. Donald E. Williamson, Commissioner:
 Warren B. Lightfoot, Jr., Esq.
 John B. Holmes, III, Esq.
 Abigail H. Avery, Esq.
 MAYNARD COOPER & GALE, PC
 1901 Sixth Avenue North
 2400 AmSouth/Harbert Plaza
 Birmingham, AL  35203-2618

 John R. Wible, Esq.
 General Counsel
 DEPARTMENT OF PUBLIC HEALTH
 RSA Tower ~ Suite 1540
 201 Monroe Street
 Montgomery, AL  36104

               /s/  Alice Ann Byrne
               Of Counsel