IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEE M. TAYLOR,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| v. | *   Civil Action No.: 2:07-CV-562-MHT |
| | * |
| **DEPARTMENT OF PUBLIC HEALTH,** | * |
| **et al.** | * |
|     **Defendant.** | * |

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff Lee M. Taylor, and dismisses his claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as he no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment. Subsequent to the filing of his complaint in intervention, Mr. Taylor has retired from state service.

                                                      Respectfully submitted,

                                                      /s/ Russell W. Adams
                                                      Russell W. Adams
                                                      Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Dismissal on counsel via
e-mail, addressed, to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Warren B. Lightfoot, Jr.
John B. Holmes, III
Abigail H. Avery
Maynard, Cooper & Gayle, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
wlightfoot@maynardcooper.com
jholmes@maynardcooper.com
aavery@maynardcooper.com

John R. Wible
Department of Public Health
Legal Office
201 Monroe Street
Montgomery, AL 36130-4000
jwible@adph.state.al.us

This 30th day of October, 2007.

/s/ Russell W. Adams
OF COUNSEL